# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 1225 | **DATE** | 10/16/2008 |
| **CASE TITLE** | Shirley Boring vs. Anderson Medical Centers, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. As stated on the record, Defendants have individually signed the settlement documents and will provide the appropriate signatures for Anderson Medical Centers, LLC. Based on the parties' representations, Plaintiff's motion to voluntarily dismiss the action pursuant to settlement is granted. The instant action is hereby dismissed pursuant to settlement. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|